```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENNIS PERFETTO,

        Plaintiff,

vs.                                                           Civil Action No.:
                                                               1:24-CV-06797-SDA

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

# ORDER

      AND, NOW, this 21st day of November 2024, Plaintiff's motion for an extension of time is GRANTED.  The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by January 23, 2025;

- Defendant's brief will be filed on, or before, March 10, 2025;

- Plaintiff's reply, if any, is due March 24, 2025.

**SO ORDERED.**
Dated: November 21, 2024

_____
Hon. Stewart D. Aaron
United States Magistrate Judge