**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DENNIS P.,

                Plaintiff,

-against-                         24 **CIVIL** 6797 (GRJ)

                                                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 13, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 11) is GRANTED; the Commissioner's request for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with this Decision and Order. Final judgment is entered in favor of the Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York

        June 16, 2025

                                                        **TAMMI M. HELLWIG**

                                                          **Clerk of Court**

                             **BY:**       *K. Mango*

                                                          **Deputy Clerk**